**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Kelley C. Rayba | CHAPTER 13 |
| | BKY. NO. 18-70618 JAD |
| <u>Debtor</u> | |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

     Kindly enter my appearance on behalf of Select Portfolio Servicing as servicer for The Bank of New York Mellon, successor to JPMorgan Chase Bank, N.A., as trustee, on behalf of the registered holders of Bear Stearns Asset Backed Securities Trust 2005-SD3, Asset-Backed Certificates, Series 2005-SD3 and index same on the master mailing list.

                                                      Respectfully submitted,

                                                      **/s/James C. Warmbrodt, Esquire**
                                                      James C. Warmbrodt, Esquire
                                                      Attorney I.D. No. 42524
                                                      KML Law Group, P.C.
                                                      BNY Mellon Independence Center
                                                      701 Market Street, Suite 5000
                                                      Philadelphia, PA 19106
                                                      412-430-3594
                                                      jwarmbrodt@kmllawgroup.com