**Form 154A**

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

4

In re:                                                                                                           Bankruptcy Case No.: 18−70618

Chapter: 13

**Kelley C Rayba**
    Debtor(s)

## NOTICE TO FILE PROOF OF CLAIM

NOTICE IS GIVEN THAT:

    Creditors who wish to share in any distribution of funds must file a proof of claim with the clerk of the bankruptcy court at the address below on or before **November 13, 2018**.

    Creditors who do not file a proof of claim on or before this date might not share in any distribution from the debtor's estate.

    The proof of claim form ("Official Form B410") can be obtained at the United States Courts Web site: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerk's office. It may be filed by regular mail. If you wish to receive proof of its receipt by the bankruptcy court, enclose a photocopy of the proof of claim together with a stamped, self−addressed envelope or you may access the court's PACER system (www.pacer.psc.uscourts.gov) to view your filed proof of claim.

    There is no fee for filing the proof of claim.

    **Any creditor who has filed a proof of claim already need not file another proof of claim.**

    Governmental units must file their claims 180 days after the date of the order for relief or the date listed above, whichever is later.

**Address of the Bankruptcy Court**                                             Michael R. Rhodes
  U.S. Bankruptcy Court                                                                *Clerk, U.S. Bankruptcy Court*
  c/o CLAIMS CLERK
  5414 U.S Steel Tower
  600 Grant Street
  Pittsburgh, PA 15219

Dated: 9/4/18

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                          Case No. 18-70618
Kelley C Rayba                                                  Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-7            User: admin              Page 1 of 2             Date Rcvd: Sep 04, 2018
                                Form ID: 154A            Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 06, 2018.
db           +Kelley C Rayba,    248 3rd Avenue,    Hastings, PA 16646-5609
14909388     +Aas Debt Recovery Inc,    Po Box 129,    Monroeville, PA 15146-0129
14909389     +Aes/Barclays Bank Plc,    Po Box 61047,    Harrisburg, PA 17106-1047
14909397      Enhanced Recovery,    804 Bayberry Road,    Jacksonville, FL 32256
14909399     +First Premier Bank,    P.O. Box 5529,    Sioux Falls, SD 57117-5529
14909401     +KML Law Group, P.C.,    Suite 5000-BNY Independence Center,    701 Market Street,
               Philadelphia, PA 19106-1538
14909406     +Newmillenniu,    15935 Whittier Blv Suite A3,    Whittier, CA 90603-2500
14909408    #+Penn Credit Corporatio,    916 S 14th St,    Harrisburg, PA 17104-3425
14909410     +Santander Consumer USA,    P.O. Box 660633,    Dallas, TX 75266-0633
14909411     +Select Portfolio Servicing,    10401 Deerwood Park Boulevard,    Jacksonville, FL 32256-5007

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14909390     +E-mail/Text: bnc-applied@quantum3group.com Sep 05 2018 02:12:35      Applied Bank,
               660 Plaza Dr,    Newark, DE 19702-6369
14909391     +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 05 2018 02:12:04      Comenity Bank/Fashbug,
               Po Box 182272,    Columbus, OH 43218-2272
14909392     +E-mail/Text: bankruptcy_notifications@ccsusa.com Sep 05 2018 02:12:46      Credit Coll,
               Po Box 9134,    Needham, MA 02494-9134
14909393     +E-mail/Text: bankruptcy_notifications@ccsusa.com Sep 05 2018 02:12:46
               Credit Collections Services,    725 Canton Street,    Norwood, MA 02062-2679
14909395     +E-mail/Text: abovay@creditmanagementcompany.com Sep 05 2018 02:12:36      Credit Management Co,
               2121 Noblestown Road,    Pittsburg, PA 15205-3956
14909394     +E-mail/Text: abovay@creditmanagementcompany.com Sep 05 2018 02:12:36      Credit Management Co,
               2121 Noblestown Rd,    Pittsburgh, PA 15205-3956
14909398     +E-mail/Text: bankruptcy.notices@hdfsi.com Sep 05 2018 02:12:39      Esb/Harley Davidson Cr,
               Po Box 21829,    Carson City, NV 89721-1829
14909400      E-mail/Text: JCAP_BNC_Notices@jcap.com Sep 05 2018 02:12:33      Jefferson Capital Syst,
               16 Mcleland Rd,    Saint Cloud, MN 56303
14909402     +E-mail/PDF: resurgentbknotifications@resurgent.com Sep 05 2018 02:10:01      Lvnv Funding Llc,
               Po Box 10497,    Greenville, SC 29603-0497
14909403     +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Sep 05 2018 02:11:52
               Mci,    500 Technology Dr Ste 30,    Weldon Spring, MO 63304-2225
14909404     +E-mail/Text: bankruptcydpt@mcmcg.com Sep 05 2018 02:12:21      Midland Funding,
               8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
14909405     +E-mail/PDF: pa_dc_claims@navient.com Sep 05 2018 02:10:31      Navient,    Po Box 9655,
               Wilkes Barre, PA 18773-9655
14909409     +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 05 2018 02:09:57
               Portfolio Recovery Ass,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502-4952
                                                                                              TOTAL: 13

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14909396       David P. Rayba
14909407    ##+Northwest Consumer Discount Co.,    16 North Second Street,    Clearfield, PA 16830-2439
                                                                                   TOTALS: 1, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 06, 2018                                    Signature:  /s/Joseph Speetjens

```
District/off: 0315-7           User: admin              Page 2 of 2                 Date Rcvd: Sep 04, 2018
                               Form ID: 154A            Total Noticed: 23
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 4, 2018 at the address(es) listed below:
          Kenneth P. Seitz    on behalf of Debtor Kelley C Rayba thedebterasers@aol.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
                                                                                                                  TOTAL: 2