# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 18-70618-JAD |
| Kelley C. Rayba, | : | |
| Debtor | : | Chapter 13 |
| | : | |
| Kelley C. Rayba, | : | |
| Movant | : | Related to Doc. #10 |
| vs. | : | |
| No Respondents | : | |

## ORDER

**AND NOW,** to wit this __18th__ day of September, 2018, the Court having considered the within Motion, **IT IS HEREBY ORDERED, ADJUDGED, and DECREED** that:

1. Debtor shall be and hereby is afforded an extension of time until the end of the __27th__ day of September, 2018, within which to file her schedules, statements and related information.

BY THE COURT:

_____ sjk
Jeffery A. Deller,
Chief United States Bankruptcy Judge

FILED
9/18/18 8:26 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 18-70618-JAD
Kelley C Rayba                                                      Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-7          User: lfin              Page 1 of 1          Date Rcvd: Sep 18, 2018
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 20, 2018.
db             +Kelley C Rayba,   248 3rd Avenue,   Hastings, PA 16646-5609

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 20, 2018                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 18, 2018 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor    Select Portfolio Servicing as servicer for The Bank of
               New York Mellon, successor to JPMorgan Chase Bank, N.A., as trustee, on behalf of the registered
               holders of Bear Stearns Asset Backed Securities bkgroup@kmllawgroup.com
              Kenneth P. Seitz    on behalf of Debtor Kelley C Rayba thedebterasers@aol.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 4