| PAY PERIOD | 08/12/2018 - 08/25/2018 | | | Pay Date: | 08/31/2018 |
|---|---|---|---|---|---|
| | | | | Total Hours: | 86:00 |

**EMPLOYER**
Sunset Support Services LLC
Gallitzin, PA 16641

**EMPLOYEE**                                      **NET PAY:**         $1,073.70
Kelly Rayba                                                             $1,073.70
Kelly Rayba
248 3rd Ave
PO BOX 89
Hastings, PA 16646

**MEMO:**
Direct Deposit

| PAY | QTY | Rate | Current | YTD |
|---|---|---|---|---|
| Straight Time | 80:00 | $18.00 | $1,440.00 | $17,343.00 |
| Overtime (x1.5) hourly | 6:00 | $27.00 | $162.00 | $1,890.00 |
| | | | | |
| Total | | | $1,602.00 | $19,233.00 |

| TAXES | Current | YTD |
|---|---|---|
| Medicare Employee | ($23.23) | ($278.88) |
| Medicare Employee Addl Tax | $0.00 | $0.00 |
| PA - Unemployment | ($0.96) | ($11.54) |
| Social Security Employee | ($99.33) | ($1,192.45) |
| Federal Withholding | ($168.00) | ($2,036.00) |
| PA - Withholding | ($49.18) | ($590.44) |
| Local tax | ($16.02) | ($192.34) |
| | | |
| Total | ($356.72) | ($4,301.65) |

| AFTER-TAX ADJUSTMENTS | Current | YTD |
|---|---|---|
| miscellaneous deduction | ($124.53) | ($171.24) |
| Cancer Insurance | ($20.95) | ($83.80) |
| Accident Insurance | ($24.10) | ($96.40) |
| LST | ($2.00) | ($28.00) |

| | | | Net Pay | Current | YTD |
|---|---|---|---|---|---|
| Total | ($171.58) | ($379.44) | | $1,073.70 | $14,551.91 |

Powered by Intuit Payroll

| PAY PERIOD | 07/29/2018 - 08/11/2018 | | | | Pay Date: | 08/17/2018 |
|---|---|---|---|---|---|---|
| | | | | | Total Hours: | 32:15 |

**EMPLOYER**
Sunset Support Services LLC
Gallitzin, PA 16641

**EMPLOYEE**                                              NET PAY:                    $373.35
Kelly Rayba                                                                           $373.35
Kelly Rayba
248 3rd Ave
PO BOX 89
Hastings, PA 16646

**MEMO:**
Direct Deposit

| PAY | QTY | Rate | Current | YTD |
|---|---|---|---|---|
| Straight Time | 32:15 | $18.00 | $580.50 | $15,903.00 |
| Overtime (x1.5) hourly | | | $0.00 | $1,728.00 |
| Total | | | $580.50 | $17,631.00 |

| TAXES | Current | YTD |
|---|---|---|
| PA - Withholding | ($17.82) | ($541.26) |
| Federal Withholding | ($45.00) | ($1,868.00) |
| Social Security Employee | ($35.99) | ($1,093.12) |
| Local tax | ($5.81) | ($176.32) |
| Medicare Employee | ($8.42) | ($255.65) |
| Medicare Employee Addl Tax | $0.00 | $0.00 |
| PA - Unemployment | ($0.35) | ($10.58) |
| Total | ($113.39) | ($3,944.93) |

| AFTER-TAX ADJUSTMENTS | Current | YTD |
|---|---|---|
| Accident Insurance | ($24.10) | ($72.30) |
| LST | ($2.00) | ($26.00) |
| Cancer Insurance | ($20.95) | ($62.85) |
| miscellaneous deduction | ($46.71) | ($46.71) |
| Total | ($93.76) | ($207.86) |

| Net Pay | Current | YTD |
|---|---|---|
| | $373.35 | $13,478.21 |

Powered by Intuit Payroll

| PAY PERIOD | 07/15/2018 - 07/28/2018 | | Pay Date: | 08/3/2018 |
|---|---|---|---|---|
| | | | Total Hours: | 84:45 |

**EMPLOYER**
Sunset Support Services LLC
Gallitzin, PA 16641

**EMPLOYEE**　　　　　　　　　　　　　　　　　NET PAY:　　　　　　　　　　　　　　　　$1,172.46
Kelly Rayba　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　$1,172.46
Kelly Rayba
248 3rd Ave
PO BOX 89
Hastings, PA 16646

**MEMO:**
Direct Deposit

| PAY | QTY | Rate | Current | YTD |
|---|---|---|---|---|
| Overtime (x1.5) hourly | 4:45 | $27.00 | $128.25 | $1,728.00 |
| Straight Time | 80:00 | $18.00 | $1,440.00 | $15,322.50 |
| **Total** | | | **$1,568.25** | **$17,050.50** |

| TAXES | Current | YTD |
|---|---|---|
| Medicare Employee Addl Tax | $0.00 | $0.00 |
| PA - Withholding | ($48.15) | ($523.44) |
| Local tax | ($15.68) | ($170.51) |
| Social Security Employee | ($97.23) | ($1,057.13) |
| Medicare Employee | ($22.74) | ($247.23) |
| Federal Withholding | ($164.00) | ($1,823.00) |
| PA - Unemployment | ($0.94) | ($10.23) |
| **Total** | **($348.74)** | **($3,831.54)** |

| AFTER-TAX ADJUSTMENTS | Current | YTD |
|---|---|---|
| LST | ($2.00) | ($24.00) |
| Cancer Insurance | ($20.95) | ($41.90) |
| Accident Insurance | ($24.10) | ($48.20) |
| **Total** | **($47.05)** | **($114.10)** |

| Net Pay | Current | YTD |
|---|---|---|
| | $1,172.46 | $13,104.86 |

Powered by Intuit Payroll

| PAY PERIOD | 07/1/2018 - 07/14/2018 | | Pay Date: | 07/20/2018 |
|---|---|---|---|---|
| | | | Total Hours: | 80:15 |

**EMPLOYER**
Sunset Support Services LLC
Gallitzin, PA 16641

**EMPLOYEE**                                                        NET PAY:                          $1,082.26
Kelly Rayba                                                                                           $1,082.26
Kelly Rayba
248 3rd Ave
PO BOX 89
Hastings, PA 16646

**MEMO:**
Direct Deposit

| PAY | QTY | Rate | Current | YTD |
|---|---|---|---|---|
| Overtime (x1.5) hourly | 0:30 | $27.00 | $13.50 | $1,599.75 |
| Straight Time | 79:45 | $18.00 | $1,435.50 | $13,882.50 |
| **Total** | | | **$1,449.00** | **$15,482.25** |

| TAXES | Current | YTD |
|---|---|---|
| Local tax | ($14.49) | ($154.83) |
| Medicare Employee | ($21.01) | ($224.49) |
| Federal Withholding | ($149.00) | ($1,659.00) |
| PA - Withholding | ($44.48) | ($475.29) |
| Medicare Employee Addl Tax | $0.00 | $0.00 |
| Social Security Employee | ($89.84) | ($959.90) |
| PA - Unemployment | ($0.87) | ($9.29) |
| **Total** | **($319.69)** | **($3,482.80)** |

| AFTER-TAX ADJUSTMENTS | Current | YTD |
|---|---|---|
| Accident Insurance | ($24.10) | ($24.10) |
| LST | ($2.00) | ($22.00) |
| Cancer Insurance | ($20.95) | ($20.95) |
| **Total** | **($47.05)** | **($67.05)** |

| Net Pay | Current | YTD |
|---|---|---|
| | $1,082.26 | $11,932.40 |

Powered by Intuit Payroll

| PAY PERIOD | 06/17/2018 - 06/30/2018 | | | Pay Date: | 07/6/2018 |

Total Hours: 80:45

**EMPLOYER**
Sunset Support Services LLC
Gallitzin, PA 16641

**EMPLOYEE**
Kelly Rayba
Kelly Rayba
248 3rd Ave
PO BOX 89
Hastings, PA 16646

NET PAY: $1,135.24
$1,135.24

**MEMO:**
Direct Deposit

| PAY | QTY | Rate | Current | YTD |
|---|---|---|---|---|
| Straight Time | 80:00 | $18.00 | $1,440.00 | $12,447.00 |
| Overtime (x1.5) hourly | 0:45 | $27.00 | $20.25 | $1,586.25 |
| Total | | | $1,460.25 | $14,033.25 |

| TAXES | Current | YTD |
|---|---|---|
| PA - Withholding | ($44.83) | ($430.81) |
| Medicare Employee | ($21.17) | ($203.48) |
| Local tax | ($14.60) | ($140.34) |
| Federal Withholding | ($151.00) | ($1,510.00) |
| Medicare Employee Addl Tax | $0.00 | $0.00 |
| Social Security Employee | ($90.53) | ($870.06) |
| PA - Unemployment | ($0.88) | ($8.42) |
| Total | ($323.01) | ($3,163.11) |

| AFTER-TAX ADJUSTMENTS | Current | YTD |
|---|---|---|
| LST | ($2.00) | ($20.00) |
| Total | ($2.00) | ($20.00) |

| Net Pay | Current | YTD |
|---|---|---|
| | $1,135.24 | $10,850.14 |

Powered by Intuit Payroll