# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: :
: Case No. 18-70618-JAD
**Kelley C. Rayba,** :
: Chapter 13
**Debtor** :
:

## CERTIFICATE OF SERVICE OF LOCAL FORM NO. 12

I, Jessica L. Tighe, Legal Assistant for the Law Offices of Kenny P. Seitz certify I am over the age of eighteen years old under penalty of perjury that I served or caused to be served, on the 26th day of September, 2018, a true and correct copy of the Order dated September 24, 2018, together with the above Debtor's Local Form No. 12 (with the complete social security number) by First-Class Mail. U.S. Postage paid on the Parties below:

> SUNSET SUPPORT SERVICES, LLC
> 227 POWELL AVENUE
> CRESSON, PA 16630
>
> KELLEY C. RAYBA
> 248 3RD AVENUE
> HASTINGS, PA 16646

Chapter 13 Trustee, Ronda J. Winnecour, Esquire will not be served per her request.

Executed on: September 26, 2018

Respectfully submitted,
__/s/Kenneth P. Seitz, Esquire_
Kenneth P. Seitz, Esquire
PA I.D. # 81666
The Law Offices of Kenny P. Seitz
P. O. Box 211
Ligonier, PA  15658
(814) 536-7470
Attorney for Debtor