# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No. 18-70618-JAD |
| Kelley C. Rayba | : | |
| Debtor | : | Chapter 13 |
| | : | |

## CERTIFICATE OF SERVICE

I, Jessica L. Tighe, Legal Assistant for the Law Offices of Kenny P. Seitz, hereby certify that I am over the age of eighteen years old and certify under penalty of perjury that I served or caused to be served, on the 26th day of September, 2018, a true and correct copy of the Motion to Extend Automatic Stay Beyond Thirty Days with attached Exhibit dated September 21, 2018, along with a copy of the Order dated September 25, 2018, by First-Class Mail.  U.S. Postage paid on all Parties on the Court's Mailing Matrix.

Executed on: <u>September 26, 2018</u>

Respectfully submitted,
 __/s/Kenneth P. Seitz, Esquire_
Kenneth P. Seitz, Esquire
PA I.D. # 81666
Law Offices of Kenny P. Seitz
P. O. Box 211
Ligonier, PA  15658
(814) 536-7470
Attorney for Debtors

_____
*Parties served by the court electronically were not served by regular mail.

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0315-7<br>Case 18-70618-JAD<br>WESTERN DISTRICT OF PENNSYLVANIA<br>Johnstown<br>Fri Sep 21 09:35:24 EDT 2018 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | 7<br>U.S. Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2703 |
| Aas Debt Recovery Inc<br>Po Box 129<br>Monroeville, PA 15146-0129 | Aes/Barclays Bank Plc<br>Po Box 61047<br>Harrisburg, PA 17106-1047 | Applied Bank<br>660 Plaza Dr<br>Newark, DE 19702-6369 |
| Comenity Bank/Fashbug<br>Po Box 182272<br>Columbus, OH 43218-2272 | Credit Coll<br>Po Box 9134<br>Needham, MA 02494-9134 | Credit Collections Services<br>725 Canton Street<br>Norwood, MA 02062-2679 |
| Credit Management Co<br>2121 Noblestown Rd<br>Pittsburgh, PA 15205-3956 | Credit Management Co<br>2121 Noblestown Road<br>Pittsburg, PA 15205-3956 | Enhanced Recovery<br>804 Bayberry Road<br>Jacksonville, FL 32256 |
| Esb/Harley Davidson Cr<br>Po Box 21829<br>Carson City, NV 89721-1829 | First Premier Bank<br>P.O. Box 5529<br>Sioux Falls, SD 57117-5529 | (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 |
| KML Law Group, P.C.<br>Suite 5000-BNY Independence Center<br>701 Market Street<br>Philadelphia, PA 19106-1538 | Lvnv Funding Llc<br>Po Box 10497<br>Greenville, SC 29603-0497 | Mci<br>500 Technology Dr Ste 30<br>Weldon Spring, MO 63304-2225 |
| Midland Funding<br>8875 Aero Dr Ste 200<br>San Diego, CA 92123-2255 | Navient<br>Po Box 9655<br>Wilkes Barre, PA 18773-9655 | Newmillenniu<br>15935 Whittier Blv Suite A3<br>Whittier, CA 90603-2500 |
| Northwest Consumer Discount Co.<br>16 North Second Street<br>Clearfield, PA 16830-2439 | Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 | Penn Credit Corporatio<br>916 S 14th St<br>Harrisburg, PA 17104-3425 |
| Portfolio Recovery Ass<br>120 Corporate Blvd Ste 1<br>Norfolk, VA 23502-4952 | Santander Consumer USA<br>P.O. Box 660633<br>Dallas, TX 75266-0633 | Select Portfolio Servicing<br>10401 Deerwood Park Boulevard<br>Jacksonville, FL 32256-5007 |
| Kelley C Rayba<br>248 3rd Avenue<br>Hastings, PA 16646-5609 | Kenneth P. Seitz<br>Law Offices of Kenny P. Seitz<br>P.O. Box 211<br>Ligonier, PA 15658-0211 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Jefferson Capital Syst
16 Mcleland Rd
Saint Cloud, MN 56303




The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Select Portfolio Servicing as servicer for        (u)David P. Rayba                              (d)PRA Receivables Management, LLC
                                                                                                    PO Box 41021
                                                                                                    Norfolk, VA 23541-1021


End of Label Matrix
Mailable recipients    29
Bypassed recipients     3
Total                  32