## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| **IN RE:** | | **:** | **Case No. 18-70618-JAD** |
| | **Kelley C. Rayba,** | **:** | |
| | **Debtor** | **:** | **Chapter 13** |
| | | **:** | |
| | **Kelley C. Rayba,** | **:** | **Docket No. 27** |
| | **Movant** | **:** | |
| | **vs.** | **:** | **Hearing Date & Time: November 2, 2018** |
| | | **:** | **11:00 AM** |
| | **AAS Debt Recovery, Inc.,** | **:** | |
| | **AES/Barclay Bank,** | **:** | |
| | **Applied Bank,** | **:** | |
| | **Comenity Bank/Fashion Bug,** | **:** | |
| | **Credit Collection,** | **:** | |
| | **Credit Collection Services,** | **:** | |
| | **Credit Management Company,** | **:** | |
| | **Enhanced Recovery,** | **:** | |
| | **ESB/Harley Davidson Credit,** | **:** | |
| | **First Premier Bank,** | **:** | |
| | **Jefferson Capital Systems,** | **:** | |
| | **KML Law Group, P.C.,** | **:** | |
| | **LVNV Funding, LLC,** | **:** | |
| | **MCI,** | **:** | |
| | **Midland Funding,** | **:** | |
| | **Navient,** | **:** | |
| | **Newmillenniu,** | **:** | |
| | **Northwest Consumer Discount Co.,** | **:** | |
| | **Penn Credit Corporation,** | **:** | |
| | **Portfolio Recovery Associates,** | **:** | |
| | **Santander Consumer USA,** | **:** | |
| | **Select Portfolio Servicing,** | **:** | |
| | **Ronda J. Winnecour, Esquire** | **:** | |
| | **(Chapter 13 Trustee)** | **:** | |

## CERTIFICATION OF NO OBJECTION REGARDING DEBTOR'S EXPEDITED
## MOTION TO EXTEND AUTOMATIC STAY BEYOND THIRTY DAYS

The undersigned hereby certifies that, as of the date hereof, no answer, no objection or other

responsive pleading to the Debtor's Expedited Motion to Extend Automatic Stay beyond Thirty Days

filed on September 21, 2018, has been received.

The undersigned further certifies that the Court's docket in this case has been reviewed and no

answer, objection, or other responsive pleading to the Debtor's Expedited Motion to Extend Automatic

Stay beyond Thirty Days appears thereon. Pursuant to the Notice of Hearing, objections to the Debtor's

Expedited Motion to Extend Automatic Stay beyond Thirty Days were to be filed and served no later than

October 19, 2018.

It is hereby respectfully requested that the Order attached to the Debtor's Expedited Motion to

Extend Automatic Stay beyond Thirty Days be entered by the Court.


Dated: <u>October 22, 2018</u>                                    <u>/s/ Kenneth P. Seitz, Esquire</u>
                                                                Kenneth P. Seitz, Esquire
                                                                PA I.D. #81666
                                                                The Law Offices of Kenny P. Seitz
                                                                P.O. Box 211
                                                                Ligonier, PA 15658
                                                                (814) 536-7470