**DEFAULT O/E JAD**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No. 18-70618-JAD |
| Kelley C. Rayba, | : | |
| Debtor | : | Chapter 13 |
| | : | |
| Kelley C. Rayba, | : | (Prior Bankruptcy Case Filed at |
| Movant | : | Docket No. 14-70864-JAD Dismissed |
| vs. | : | October 31, 2017) |
| | : | |
| AAS Debt Recovery, Inc., | : | Docket No. 17 |
| AES/Barclay Bank, | : | |
| Applied Bank, | : | |
| Comenity Bank/Fashion Bug, | : | |
| Credit Collection, | : | |
| Credit Collection Services, | : | |
| Credit Management Company, | : | |
| Enhanced Recovery, | : | |
| ESB/Harley Davidson Credit, | : | |
| First Premier Bank, | : | |
| Jefferson Capital Systems, | : | |
| KML Law Group, P.C., | : | |
| LVNV Funding, LLC, | : | |
| MCI, | : | |
| Midland Funding, | : | |
| Navient, | : | |
| Newmillenniu, | : | |
| Northwest Consumer Discount Co., | : | |
| Penn Credit Corporation, | : | |
| Portfolio Recovery Associates, | : | |
| Santander Consumer USA, | : | |
| Select Portfolio Servicing, | : | |
| Ronda J. Winnecour, Esquire | : | |
| (Chapter 13 Trustee) | : | |

## ORDER

**AND NOW,** on this __25th__ day of __October__, 2018, upon consideration of the within Motion, it is hereby ORDERED, ADJUDGED AND DECREED that the Automatic Stay of 11 U.S.C. § 362 (a) is hereby extended to all named respondents for the duration of the Chapter 13 proceeding or until such time as the stay is terminated under 11 U.S.C. § 362 (c)(1) or (c) (2), or a motion for relief is granted under § 362 (d), or until further order of Court.

BY THE COURT,

_____  jsf
Jeffery A. Deller
Chief United States Bankruptcy Judge

FILED
10/25/18 12:19 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                      Case No. 18-70618-JAD
Kelley C Rayba                                                              Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-7    User: aala           Page 1 of 1            Date Rcvd: Oct 25, 2018
                       Form ID: pdf900       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 27, 2018.
db             +Kelley C Rayba,    248 3rd Avenue,    Hastings, PA 16646-5609

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 27, 2018                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 25, 2018 at the address(es) listed below:
        James    Warmbrodt    on behalf of Creditor    Select Portfolio Servicing as servicer for The Bank of
         New York Mellon, successor to JPMorgan Chase Bank, N.A., as trustee, on behalf of the registered
         holders of Bear Stearns Asset Backed Securities bkgroup@kmllawgroup.com
        Kenneth P. Seitz    on behalf of Debtor Kelley C Rayba thedebterasers@aol.com
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                           TOTAL: 4