# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

**Conciliation Conference:**

| | |
|---|---|
| Debtor: | KELLEY C RAYBA |
| Case Number: | 18-70618-JAD    Chapter: 13 |
| Date / Time / Room: | THURSDAY, MARCH 28, 2019  02:30 PM    3251 US STEEL |
| Hearing Officer: | CHAPTER 13 TRUSTEE |

FILED
3/29/19 2:47 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**Matter:**

#15 - Final Confirmation of Plan Dated 9/21/2018 (NFC)
R / M #:  15 / 0

**Appearances:**

Debtor: Seitz
Trustee: Winnecour / (Pail) / Katz / DeSimone
Creditor:

**Proceedings:**

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. __✓__ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
    Objections are due on or before _____.
    A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

*Counsel / debtor have no defense.*
*T Consents*

*last pmt 10/18*

3/21/2019   2:28:57PM