Form 309

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Kelley C Rayba** | : | Case No. 18−70618−JAD |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| | : | |
| | : | Issued Per Mar. 28, 2019 Proceeding |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND TERMINATING WAGE ATTACHMENT

*AND NOW,* this *The 29th of March, 2019,* after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

(1) The above−captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. **Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.**

(2) Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3) The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4) The Clerk shall give notice to all creditors of this dismissal.

Jeffery A. Deller
United States Bankruptcy Judge

Case Administrators to serve:
All Creditors and All Parties In Interest

```
                        United States Bankruptcy Court
                        Western District of Pennsylvania
In re:                                                              Case No. 18-70618-JAD
Kelley C Rayba                                                      Chapter 13
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0315-7          User: jhel                  Page 1 of 2          Date Rcvd: Mar 29, 2019
                              Form ID: 309                Total Noticed: 30


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 31, 2019.
db             +Kelley C Rayba,    248 3rd Avenue,    Hastings, PA 16646-5609
14909388       +Aas Debt Recovery Inc,     Po Box 129,    Monroeville, PA 15146-0129
14909389       +Aes/Barclays Bank Plc,     Po Box 61047,    Harrisburg, PA 17106-1047
14935067       +Conemaugh Memorial Medical Center,     Po Box 603396,    Charlotte, NC 28260-3396
14909397        Enhanced Recovery,    804 Bayberry Road,    Jacksonville, FL 32256
14925828       +First National Bank of Pennsylvania,     C/O AAS Debt Recovery, Inc.,
                 2526 Monroeville Blvd. Ste. 205,    Monroeville, PA 15146-2371
14909401       +KML Law Group, P.C.,    Suite 5000-BNY Independence Center,    701 Market Street,
                 Philadelphia, PA 19106-1538
14909406       +Newmillenniu,    15935 Whittier Blv Suite A3,     Whittier, CA 90603-2500
14925238       +PHEAA,   PO Box 8147,    Harrisburg, PA 17105-8147
14909408      #+Penn Credit Corporatio,     916 S 14th St,    Harrisburg, PA 17104-3425
14909411       +Select Portfolio Servicing,     10401 Deerwood Park Boulevard,    Jacksonville, FL 32256-5007

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14909390       +EDI: APPLIEDBANK.COM Mar 30 2019 06:33:00      Applied Bank,    660 Plaza Dr,
                 Newark, DE 19702-6369
14909391       +EDI: WFNNB.COM Mar 30 2019 06:28:00      Comenity Bank/Fashbug,    Po Box 182272,
                 Columbus, OH 43218-2272
14909392       +EDI: CCS.COM Mar 30 2019 06:28:00      Credit Coll,    Po Box 9134,    Needham, MA 02494-9134
14909393       +EDI: CCS.COM Mar 30 2019 06:28:00      Credit Collections Services,    725 Canton Street,
                 Norwood, MA 02062-2679
14909395       +E-mail/Text: vmcpherson@creditmanagementcompany.com Mar 30 2019 02:45:53
                 Credit Management Co,    2121 Noblestown Road,    Pittsburg, PA 15205-3956
14909394       +E-mail/Text: vmcpherson@creditmanagementcompany.com Mar 30 2019 02:45:53
                 Credit Management Co,    2121 Noblestown Rd,    Pittsburgh, PA 15205-3956
14909398       +E-mail/Text: bankruptcy.notices@hdfsi.com Mar 30 2019 02:46:00      Esb/Harley Davidson Cr,
                 Po Box 21829,    Carson City, NV 89721-1829
14909399       +EDI: AMINFOFP.COM Mar 30 2019 06:28:00      First Premier Bank,    P.O. Box 5529,
                 Sioux Falls, SD 57117-5529
14909400        EDI: JEFFERSONCAP.COM Mar 30 2019 06:28:00      Jefferson Capital Syst,    16 Mcleland Rd,
                 Saint Cloud, MN 56303
14920729        EDI: RESURGENT.COM Mar 30 2019 06:28:00      LVNV Funding, LLC its successors and assigns as,
                 assignee of MHC Receivables, LLC,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
14909402       +EDI: RESURGENT.COM Mar 30 2019 06:28:00      Lvnv Funding Llc,    Po Box 10497,
                 Greenville, SC 29603-0497
14909403       +EDI: VERIZONCOMB.COM Mar 30 2019 06:28:00      Mci,    500 Technology Dr Ste 30,
                 Weldon Spring, MO 63304-2225
14909404       +EDI: MID8.COM Mar 30 2019 06:28:00      Midland Funding,    8875 Aero Dr Ste 200,
                 San Diego, CA 92123-2255
14909405       +EDI: NAVIENTFKASMSERV.COM Mar 30 2019 06:28:00      Navient,    Po Box 9655,
                 Wilkes Barre, PA 18773-9655
14909714       +EDI: PRA.COM Mar 30 2019 06:28:00      PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
14909409       +EDI: PRA.COM Mar 30 2019 06:28:00      Portfolio Recovery Ass,    120 Corporate Blvd Ste 1,
                 Norfolk, VA 23502-4952
14909410       +EDI: DRIV.COM Mar 30 2019 06:28:00      Santander Consumer USA,    P.O. Box 660633,
                 Dallas, TX 75266-0633
14948451        E-mail/Text: jennifer.chacon@spservicing.com Mar 30 2019 02:46:20
                 The Bank of New York Mellon,    c/o Select Portfolio Servicing, Inc.,    P.O. Box 65250,
                 Salt Lake City, UT 84165-0250
14942946        EDI: AIS.COM Mar 30 2019 06:28:00      Verizon,    by American InfoSource as agent,
                 PO Box 248838,    Oklahoma City, OK   73124-8838
                                                                                                TOTAL: 19

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Select Portfolio Servicing as servicer for The Ban
14909396        David P. Rayba
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14935089*      +Conemaugh Memorial Medical Center,     Po Box 603396,    Charlotte, NC 28260-3396
14909407      ##+Northwest Consumer Discount Co.,    16 North Second Street,    Clearfield, PA 16830-2439
                                                                               TOTALS: 2, * 2, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

```
District/off: 0315-7           User: jhel              Page 2 of 2                Date Rcvd: Mar 29, 2019
                               Form ID: 309            Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 31, 2019                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 29, 2019 at the address(es) listed below:

```
          James   Warmbrodt    on behalf of Creditor   Select Portfolio Servicing as servicer for The Bank of
           New York Mellon, successor to JPMorgan Chase Bank, N.A., as trustee, on behalf of the registered
           holders of Bear Stearns Asset Backed Securities bkgroup@kmllawgroup.com
          Kenneth P. Seitz   on behalf of Debtor Kelley C Rayba thedebterasers@aol.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 4
```