**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>KELLEY C RAYBA<br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Respondents. | Case No.:18-70618 JAD<br><br>Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 09/03/2018 and confirmed on 11/16/2018 . The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 452.31 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 452.31 |
| | | |
| Administrative Fees | | |
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 124.52 | |
| Trustee Fee | 21.71 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 146.23 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
| BANK OF NEW YORK MELLON - TRUSTEE<br>Acct: 4172 | 0.00 | 194.26 | 0.00 | 194.26 |
| BANK OF NEW YORK MELLON - TRUSTEE<br>Acct: 4172 | 29,017.21 | 0.00 | 0.00 | 0.00 |
| NORTHWEST BANK*<br>Acct: 0006 | 9,349.00 | 0.00 | 111.82 | 111.82 |
| | | | | 306.08 |
| Priority | | | | |
| KENNETH P SEITZ ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| KELLEY C RAYBA<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| LAW OFFICES OF KENNETH P SEITZ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| KENNETH P SEITZ ESQ<br>Acct: | 3,648.00 | 124.52 | 0.00 | 0.00 |

***NONE***

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
|    FIRST NATIONAL BANK OF PA** | 1,227.23 | 0.00 | 0.00 | 0.00 |
|     Acct: 6187 | | | | |
|    BARCLAYS BANK PLC O/B/O ECMC/VA** | 15,266.86 | 0.00 | 0.00 | 0.00 |
|     Acct: 3618 | | | | |
|    AES (AMERICAN EDUCATION SRVCS) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0007 | | | | |
|    APPLIED BANK* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7849 | | | | |
|    COMENITY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3486 | | | | |
|    CREDIT COLLECTION SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 8132 | | | | |
|    CREDIT COLLECTION SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1849 | | | | |
|    CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6606 | | | | |
|    SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1266 | | | | |
|    JAMES C WARMBRODT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|    CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4651 | | | | |
|    ENHANCED RECOVERY COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7524 | | | | |
|    HARLEY DAVIDSON CREDIT CORP* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 8429 | | | | |
|    FIRST PREMIER BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0738 | | | | |
|    JEFFERSON CAPITAL SYSTEMS LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9003 | | | | |
|    LVNV FUNDING LLC, ASSIGNEE | 1,824.38 | 0.00 | 0.00 | 0.00 |
|     Acct: 3434 | | | | |
|    MCI | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2035 | | | | |
|    MIDLAND FUNDING | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3123 | | | | |
|    NAVIENT | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2079 | | | | |
|    NEW MILLENIUM COLLECTION | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 14N1 | | | | |
|    PENN CREDIT CORP | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1614 | | | | |
|    PRA AG FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4045 | | | | |
|    CONEMAUGH MEMORIAL MEDICAL CENTE | 11,695.90 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|    VERIZON BY AMERICAN INFOSOURCE LP | 329.87 | 0.00 | 0.00 | 0.00 |
|     Acct: 0001 | | | | |
|    KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|    CREDITOR INFORMATION MISSING OR VA( | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |

***NONE***

TOTAL PAID TO CREDITORS                                                                                                                      306.08

| TOTAL CLAIMED | |
|---|---|
| PRIORITY | 0.00 |
| SECURED | 38,366.21 |
| UNSECURED | 30.344.24 |

Date: 05/20/2019

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com